UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIAM BILLY GENE CARTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:10-CV-01914 NAB |
| ) | |
| ALAN BLAKE, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Presently before the Court is a motion to rescind a plea entered in state court filed by William Billy Gene Carter ("Carter").

The federal district court lacks jurisdiction to compel the state court to allow a defendant to withdraw a plea entered in state court. *See Fisher v. Clayton*, 168 Fed.Appx. 620, 621 (5th Cir. 2006) (citing *Moye v. Clerk, DeKalb Cnty. Superior Court,* 474 F.2d 1275, 1275-76 (5th Cir.1973); *Santee v. Quinlan,* 115 F.3d 355, 356 (5th Cir.1997)). Therefore, this Court does not have jurisdiction to entertain Carter's motion.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that Carter's motion to rescind his plea entered in state court is **DENIED**.

Dated this 11th day of July, 2011.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE